```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 37791
   MICHELE R DONJUIELLE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3142


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/12/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  68.52% from remaining funds.

     The case was granted discharge pursuant to 11 usc 1328 04/25/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
------------------------------------------------------------------------
AMERICAN AIRLINES C U    SECURED          10327.84      2402.51       10327.84
AMERICAN AIRLINES C U    UNSECURED OTH     4237.50         .00          423.75
MILLENIUM LAKES CONDO AS CURRENT MORTG        .00          .00             .00
MILLENIUM LAKES CONDO AS MORTGAGE ARRE     2260.18         .00         2260.18
NATIONAL CITY MORTGAGE   CURRENT MORTG        .00          .00             .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE     1530.42         .00         1530.42
ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED        .00             .00
WORLD FINANCIAL NETWORK  UNSECURED         1545.96         .00          244.56
ANN TAYLOR               UNSECURED        NOT FILED        .00             .00
RESURGENT ACQUISITION LL UNSECURED         1115.27         .00          165.04
AVCO FINANCIAL           UNSECURED        NOT FILED        .00             .00
AVCO FINANCIAL           UNSECURED        NOT FILED        .00             .00
CAPITAL ONE SERVICES     UNSECURED        NOT FILED        .00             .00
CARD SERVICES            UNSECURED        NOT FILED        .00             .00
CARSON PIRIE SCOTT       UNSECURED          961.21         .00          142.24
RESURGENT ACQUISITION LL UNSECURED         1504.81         .00          238.04
CARSON PIRIE SCOTT       UNSECURED        NOT FILED        .00             .00
ROUNDUP FUNDING LLC      UNSECURED         1254.82         .00          185.69
ILLINOIS TOLLWAY AUTHORI UNSECURED        NOT FILED        .00             .00
MARSHALL FIELDS          UNSECURED         1831.20         .00          289.67
ATLANTIC CREDIT & FINANC UNSECURED        NOT FILED        .00             .00
ROUNDUP FUNDING LLC      UNSECURED          404.56         .00           59.87
NORDSTROM FSB            UNSECURED          826.53         .00          122.31
AMERICAS WHOLESALE LENDE NOTICE ONLY      NOT FILED        .00             .00
NATIONAL CITY MORTGAGE   NOTICE ONLY      NOT FILED        .00             .00
TCF BANK                 UNSECURED        NOT FILED        .00             .00
VILLAGE OF OLYMPIA FIELD UNSECURED        NOT FILED        .00             .00
VILLAGE OF GLENWOOD      UNSECURED          118.63         .00           12.83
RMI/MCSI                 UNSECURED          717.50         .00          106.17
CITY OF CHICAGO HEIGHTS  UNSECURED        NOT FILED        .00             .00
SEARS ROEBUCK & CO       UNSECURED        NOT FILED        .00             .00
SECRETARY OF STATE       NOTICE ONLY      NOT FILED        .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 37791 MICHELE R DONJUIELLE
```

```
FIRST CONSUMERS NATIONAL  UNSECURED      NOT FILED              .00            .00
SPIEGEL                   UNSECURED      NOT FILED              .00            .00
VILLAGE OF GLENWOOD       UNSECURED      NOT FILED              .00            .00
WFNNB                     UNSECURED      NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSECURED       3526.19               .00         547.52
ROBERT J ADAMS & ASSOC    REIMBURSEMENT    210.00               .00         210.00
AMERICAN AIRLINES C U     UNSECURED       1739.72               .00         275.20
ROBERT J ADAMS & ASSOC    DEBTOR ATTY    2,200.00                          2,200.00
TOM VAUGHN                TRUSTEE                                          1,297.65
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                23,041.49

PRIORITY                                         210.00
SECURED                                       14,118.44
    INTEREST                                   2,402.51
UNSECURED                                      2,812.89
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                           1,297.65
DEBTOR REFUND                                       .00
                      ---------------        ---------------
TOTALS                 23,041.49              23,041.49
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 07/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```